

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2017

No. 04-16-00623-CR

Billy Ray **MONREAL,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 14-04-11496-CR
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

The court reporter's request for an extension of time to file the reporter's record from the motion for new trial hearing is GRANTED. This portion of the reporter's record is due on January 30, 2017.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court